UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER WILSON,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF
JUSTICE, et al.,

    Defendants.
_____/

Case No. 1:22-cv-1027

HON. JANE M. BECKERING

## OPINION AND ORDER

    Plaintiff, proceeding pro se, initiated this action on November 3, 2022.  On January 6, 2023, the Magistrate Judge issued a Report and Recommendation, recommending that the action be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) for lack of subject matter jurisdiction and failure to state a claim.  The matter is presently before the Court on Plaintiff's objection to the Report and Recommendation (ECF No. 7).

    In accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(3), the Court has performed de novo consideration of those portions of the Report and Recommendation to which objection has been made.  Plaintiff's objection, which merely identifies his role in his church and reiterates his religious beliefs, does not identify any error in the Magistrate Judge's standing analysis or ultimate conclusion that this matter is properly dismissed.  Accordingly, the objection is denied, and the Report and Recommendation is approved and adopted as the Opinion of the Court.

A Judgment will also be entered consistent with this Opinion and Order.  *See* FED. R. CIV. P. 58.  For the above reasons and because this action was filed *in forma pauperis,* this Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Judgment would not be taken in good faith.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610–11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

Accordingly:

**IT IS HEREBY ORDERED** that the Objection (ECF No. 7) is DENIED and the Report and Recommendation of the Magistrate Judge (ECF No. 6) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint (ECF No. 1) is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B) for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.

Dated:  February 8, 2023                                    /s/ Jane M. Beckering
                                                            JANE M. BECKERING
                                                            United States District Judge